**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 00-1854**

—————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

KOURY CORPORATION,

Defendant - Appellee.

—————

**No. 01-1005**

—————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

KOURY CORPORATION,

Defendant - Appellee.

—————

Appeals from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (MISC-00-49-1)

—————

Submitted:  April 10, 2001          Decided:  May 8, 2001

—————

Before MOTZ, TRAXLER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Arthur O. Armstrong, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong seeks to appeal the district court's orders denying leave to file a complaint and denying reconsideration of the order denying leave to file a complaint. We have reviewed the record and the district court orders and find no reversible error. Accordingly, we find the appeals frivolous and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED